NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

## IN RE: OPENINGS, DBA TOTAL DOOR,

*Appellant*

---

2016-2307

---

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86044043.

---

## JUDGMENT

---

DANIEL I. KONIECZNY, Tabet DiVito & Rothstein, LLC, Chicago, IL, argued for appellant. Also represented by MEREDITH MARTIN ADDY.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Joseph Matal. Also represented by NATHAN K. KELLEY, CHRISTINA HIEBER, MARY BETH WALKER.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  October 11, 2017  　　　　/s/ Peter R. Marksteiner
　　　Date　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court